22NTCHRG

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| In re: | Case No. 22-00106-ELG |
|---|---|
| **HP Bennett, LLC**<br>Debtor(s). | **Chapter 7** |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing will be held on:

- Motion for Relief from Stay regarding 906 Bennett Place, Baltimore, MD 21223, Filed by Hutchinson Holdings, LLC. (Docket Entry No. 53)

- Motion to Determine Amount of a Secured Claim Filed by Ruby Jude City LLC (Docket Entry No. 56)

on 10/5/23 at 10:00 AM

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 9/8/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.