| | |
|---|---|
| HUTCHINSON HOLDINGS, LLC, | * IN THE |
| | * |
| | * CIRCUIT COURT |
| Plaintiff, | * |
| | * FOR |
| v. | * |
| | * BALTIMORE CITY |
| HP BENNETT, LLC – FORFEITED, et al., | * |
| Defendants. | * |
| | * Case № 24-C-21-001630 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DISMISSING CASE

Plaintiff having failed to file an Affidavit of Compliance/Request for Judgment in compliance with the Pre-Trial Scheduling Order (Paper No. 2000), it is, this, 19 day of July, 2022, by the Circuit Court for Baltimore City

**ORDERED** that the case be, and the same hereby is, **DISMISSED**; and it is further **ORDERED** that the Clerk shall close the case.

Plaintiff to pay costs.

<u>Judge Anthony Vittoria</u>
Judge's Signature appears on the original document

**TRUE COPY TEST**

*Marilyn Bentley*

MARILYN BENTLEY, CLERK

(Seal: CIRCUIT COURT FOR BALTIMORE CITY 1983)