Circuit Court of Maryland

[Go Back Now]

**Case Information**

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24C21001630**
Title: **Hutchinson Holdings Llc vs HP Bennet LLC, et al**
Case Type: **Foreclosure Rights Of Redemption**   Filing Date: **04/16/2021**
Case Status: **Reopened/Active**

**Plaintiff/Petitioner Information**

*(Each Plaintiff/Petitioner is displayed below)*

Party Type: **Plaintiff**   Party No.: **1**
Business or Organization Name: **Hutchinson Holdings Llc**
Address: **2450 Eutaw Place**
City:   **Baltimore**   State: **MD**   Zip Code: **21217**

*Attorney(s) for the Plaintiff/Petitioner*

Name:   **Gray, Esq, Andrew Wallace**
Appearance Date: **04/21/2021**
Practice Name:
Address:   **2450 Eutaw Place**
City:   **Baltimore**   State: **MD**   Zip Code: **21217**

**Defendant/Respondent Information**

*(Each Defendant/Respondent is displayed below)*

Party Type: **Defendant**   Party No.: **1**
Business or Organization Name: **HP Bennet LLC**
Address: **C/o Robert Griffin, Surving Owner**
City:   **Dundalk**   State: **MD**   Zip Code: **21222**
Address: **S/o SDAT**
City:   **Baltimore**   State: **MD**   Zip Code: **21201**

Party Type: **Defendant**   Party No.: **3**
Name: **Gordon, Ann Cleary**
Address: **36 South Charles Street**
City:   **Baltimore**   State: **MD**   Zip Code: **21201**

Party Type: **Defendant**   Party No.: **4**
Name: **Ritzer, Lonnie M**
Address: **36 South Charles Street**
City:   **Baltimore**   State: **MD**   Zip Code: **21201**

Party Type: **Defendant**   Party No.: **5**
Name: **Brown, Michael A**
Address: **1010 Hull Street**
City:   **Baltimore**   State: **MD**   Zip Code: **21230**

Party Type: **Defendant**   Party No.: **6**
Name: **Harrison, Sherita D**
Address: **1010 Hull Street**
City:   **Baltimore**   State: **MD**   Zip Code: **21230**

**Party Type: Defendant    Party No.: 7**
Business or Organization Name: **Mayor And City Council Of Baltimore**
Address: **C/o DHCD**
City:    **Baltimore**    State: **MD**    Zip Code: **21202**

**Party Type: Defendant    Party No.: 8**
Name: **Henson, Daniel P**
Address: **417 East Fayette Street**
City:    **Baltimore**    State: **MD**    Zip Code: **21202**

**Party Type: Defendant    Party No.: 9**
Business or Organization Name: **Ruby Jude City LLC**
Address: **C/o Ben Maldonado, Surviving Owner**
City:    **Bethesda**    State: **MD**    Zip Code: **20816**

**Party Type: Defendant    Party No.: 10**
Name: **Politzer, M Arnold**
Address: **401 Washington Avenue**
City:    **Towson**    State: **MD**    Zip Code: **21204**

**Party Type: Defendant    Party No.: 11**
Name: **Oconnor, Katherine W**
Address: **100 West Road**
City:    **Towson**    State: **MD**    Zip Code: **21204**

**Party Type: Defendant    Party No.: 12**
Name: **Hammel, Mary Ann**
Address: **100 West Road Suite 215**
City:    **Towson**    State: **MD**    Zip Code: **21204**

**Party Type: Defendant    Party No.: 13**
Name: **Butler, Ellyn S**
Address: **100 West Road**
City:    **Towson**    State: **MD**    Zip Code: **21204**

**Party Type: Defendant    Party No.: 14**
Business or Organization Name: **City Of Baltimore**
Address: **Director Of Financae**
City:    **Baltimore**    State: **MD**    Zip Code: **21202**

**Party Type: Defendant    Party No.: 15**
Business or Organization Name: **Mayor And City Council Of Baltimore**
Address: **City Solicitor**
City:    **Baltimore**    State: **MD**    Zip Code: **21202**

**Party Type: Defendant    Party No.: 2**
Business or Organization Name: **Baltimore Community Development Financing Corp**
Address: **Michael A. Brown, Res. Agnet**
City:    **Baltimore**    State: **MD**    Zip Code: **21201**

*Aliases Defendant/Respondent*

Name: **Baltimore Community Lending Inc.**

**Party Type: Defendant    Party No.: 16**
Name: **HP Benett LLC**
Address: **301 West Preston Street, 8th Floor**
City:    **Baltimore**    State: **MD**    Zip Code: **21201**

**Related Persons Information**

*(Each Related person is displayed below)*

Party Type: **Property Address**   Party No.: **1**
Business or Organization Name: **906 Bennet Place Baltimore Md 21223**

**Document Tracking**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Doc No./Seq No.: **1/0**
File Date:         **04/16/2021**   Entered Date: **04/21/2021**   Decision:
Party Type:        **Plaintiff**   Party No.: **1**
Document Name: **Complaint to Foreclose Rights of Redemption & Exhibits**

Doc No./Seq No.: **2/0**
File Date:         **04/16/2021**   Entered Date: **04/21/2021**   Decision:
Party Type:        **Plaintiff**   Party No.: **1**
Document Name: **Tax Foreclosure Track Scheduling Order Issued**

Doc No./Seq No.: **2/1**
File Date:         **04/21/2021**   Entered Date: **04/21/2021**   Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **3/0**
File Date:         **04/16/2021**   Entered Date: **04/21/2021**   Decision:
Party Type:        **Plaintiff**   Party No.: **1**
Document Name: **Notice to Defendants - Posting on Property**

Doc No./Seq No.: **3/1**
File Date:         **04/27/2021**   Entered Date: **04/28/2021**   Decision:
Document Name: **Sheriff's Return - Posted on Property 4/26/21**

Doc No./Seq No.: **4/0**
File Date:         **04/16/2021**   Entered Date: **04/21/2021**   Decision: **Granted**
Party Type:        **Plaintiff**   Party No.: **1**
Document Name: **declaration of exemption from moratorium**

Doc No./Seq No.: **4/1**
File Date:         **08/06/2021**   Entered Date: **08/06/2021**   Decision:
Party Type:        **Plaintiff**   Party No.: **1**
Document Name: **Order Finding That Case May Proceed Pursuant to Exemption (J. Geller)**
                **ORDERED that the case may proceed.**

Doc No./Seq No.: **4/2**
File Date:         **08/06/2021**   Entered Date: **08/06/2021**   Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **5/0**
File Date:         **05/11/2021**   Entered Date: **05/11/2021**   Decision:
Document Name: **Order of Publication (Daily Record)**

Doc No./Seq No.: **5/1**
File Date:         **05/11/2021**   Entered Date: **05/11/2021**   Decision:
Document Name: **Copies Mailed**

| | |
|---|---|
| Doc No./Seq No.: | **6/0** |
| File Date: | **05/28/2021**  Entered Date: **06/03/2021**  Decision: |
| Party Type: | **Plaintiff**  Party No.: **1** |
| Document Name: | **Request to Reissue Summons** |
| | **Filed by Attorney: Andrew Wallace Gray Esq** |

| | |
|---|---|
| Doc No./Seq No.: | **7/0** |
| File Date: | **06/30/2021**  Entered Date: **07/06/2021**  Decision: |
| Party Type: | **Defendant**  Party No.: **9** |
| Document Name: | **Return of Service - Served** |
| | **Writ of Summons (REDEMPTION) served 06/21/21** |

| | |
|---|---|
| Doc No./Seq No.: | **8/0** |
| File Date: | **07/13/2021**  Entered Date: **07/15/2021**  Decision: |
| Party Type: | **Defendant**  Party No.: **13** |
| Document Name: | **Return of Service - Served** |
| | **Writ of Summons (REDEMPTION) served 06/21/21** |

| | |
|---|---|
| Doc No./Seq No.: | **9/0** |
| File Date: | **07/13/2021**  Entered Date: **07/15/2021**  Decision: |
| Party Type: | **Defendant**  Party No.: **12** |
| Document Name: | **Return of Service - Served** |
| | **Writ of Summons (REDEMPTION) served 06/21/21** |

| | |
|---|---|
| Doc No./Seq No.: | **10/0** |
| File Date: | **06/13/2021**  Entered Date: **07/15/2021**  Decision: |
| Party Type: | **Defendant**  Party No.: **7** |
| Document Name: | **Return of Service - Served** |
| | **Writ of Summons (REDEMPTION) served 06/21/21** |

| | |
|---|---|
| Doc No./Seq No.: | **11/0** |
| File Date: | **07/13/2021**  Entered Date: **07/19/2021**  Decision: |
| Party Type: | **Defendant**  Party No.: **11** |
| Document Name: | **Return of Service - Served** |
| | **Writ of Summons (REDEMPTION) served 06/21/21** |

| | |
|---|---|
| Doc No./Seq No.: | **12/0** |
| File Date: | **07/13/2021**  Entered Date: **07/19/2021**  Decision: |
| Party Type: | **Defendant**  Party No.: **15** |
| Document Name: | **Return of Service - Served** |
| | **Writ of Summons (REDEMPTION) served 06/21/21** |

| | |
|---|---|
| Doc No./Seq No.: | **13/0** |
| File Date: | **07/19/2021**  Entered Date: **07/22/2021**  Decision: |
| Party Type: | **Defendant**  Party No.: **14** |
| Document Name: | **Return of Service - Served** |
| | **Writ of Summons (REDEMPTION) served 06/21/21** |

| | |
|---|---|
| Doc No./Seq No.: | **14/0** |
| File Date: | **08/05/2021**  Entered Date: **08/09/2021**  Decision: |
| Party Type: | **Defendant**  Party No.: **5** |
| Document Name: | **Amended Affidavit of Service** |
| | **Writ of Summons (REDEMPTION) served 07/24/21** |

| | |
|---|---|
| Doc No./Seq No.: | **15/0** |
| File Date: | **08/05/2021**  Entered Date: **08/09/2021**  Decision: |
| Party Type: | **Defendant**  Party No.: **2** |
| Document Name: | **Return of Service - Served** |
| | **Writ of Summons (REDEMPTION) served 07/30/21** |

| | |
|---|---|
| Doc No./Seq No.: | **16/0** |

| | |
|---|---|
| File Date: | **08/06/2021** Entered Date: **08/12/2021** Decision: |
| Party Type: | **Defendant** Party No.: **3** |
| Document Name: | **Return of Service - Served at 250 W Pratt St, ste 2000 Balto MD 21201** |
| | **Writ of Summons (REDEMPTION) served 07/28/21** |

Doc No./Seq No.: **17/0**
| | |
|---|---|
| File Date: | **08/06/2021** Entered Date: **08/12/2021** Decision: |
| Party Type: | **Defendant** Party No.: **5** |
| Document Name: | **Affidavit of Service on 7/24/21 upson Simone Brown, by personal service at 1104 Chukker Lane Crownsville MD 21032** |

Doc No./Seq No.: **18/0**
| | |
|---|---|
| File Date: | **09/08/2021** Entered Date: **09/13/2021** Decision: |
| Party Type: | **Defendant** Party No.: **8** |
| Document Name: | **Return of Service - Served** |
| | **Writ of Summons (REDEMPTION) served 07/28/21** |

Doc No./Seq No.: **19/0**
| | |
|---|---|
| File Date: | **09/07/2021** Entered Date: **09/13/2021** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Request to Reissue Summons** |
| | **Filed by Attorney: Andrew Wallace Gray Esq** |

Doc No./Seq No.: **20/0**
| | |
|---|---|
| File Date: | **10/01/2021** Entered Date: **10/04/2021** Decision: |
| Document Name: | **Certificate of Publication** |

Doc No./Seq No.: **21/0**
| | |
|---|---|
| File Date: | **12/10/2021** Entered Date: **12/15/2021** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Request to Reissue Summons** |

Doc No./Seq No.: **22/0**
| | |
|---|---|
| File Date: | **02/22/2022** Entered Date: **03/01/2022** Decision: |
| Party Type: | **Defendant** Party No.: **4** |
| Document Name: | **Return of Service - Served** |
| | **Writ of Summons (REDEMPTION) served 01/24/22** |

Doc No./Seq No.: **23/0**
| | |
|---|---|
| File Date: | **03/04/2022** Entered Date: **03/14/2022** Decision: **Denied** |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Motion for Alternate Service Rule 2-122C** |

Doc No./Seq No.: **23/1**
| | |
|---|---|
| File Date: | **05/13/2022** Entered Date: **05/13/2022** Decision: **Denied** |
| Document Name: | **ORDER DENYING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE** |
| | **[AS TO DEFENDANT SHERITA D. HARRISON, SUBSTITUTED TRUSTEE]** |

Doc No./Seq No.: **23/2**
| | |
|---|---|
| File Date: | **05/13/2022** Entered Date: **05/13/2022** Decision: |
| Document Name: | **Copies Mailed** |

Doc No./Seq No.: **24/0**
| | |
|---|---|
| File Date: | **03/10/2022** Entered Date: **03/17/2022** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Request to Reissue Summons** |

Doc No./Seq No.: **25/0**

Case 22-00106-ELG   Doc 65-4   Filed 10/30/23   Entered 10/30/23 12:06:16   Desc
Exhibit C   Page 6 of 7

| | |
|---|---|
| File Date: | **07/19/2022** Entered Date: **07/21/2022** Decision: **Vacated/Set Aside** |
| Document Name: | **Order dismissing case** |

| | |
|---|---|
| Doc No./Seq No.: | **25/1** |
| File Date: | **07/21/2022** Entered Date: **07/21/2022** Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **26/0** |
| File Date: | **07/18/2022** Entered Date: **07/21/2022** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Request to Reissue Summons** |

| | |
|---|---|
| Doc No./Seq No.: | **27/0** |
| File Date: | **07/20/2022** Entered Date: **07/26/2022** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Request to Reissue Summons** |

| | |
|---|---|
| Doc No./Seq No.: | **28/0** |
| File Date: | **07/28/2022** Entered Date: **08/04/2022** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Motion for Alternate Service - M. Arnold Politzer, sub. Trustee** |
| | **Filed by Attorney: Andrew Wallace Gray Esq** |

| | |
|---|---|
| Doc No./Seq No.: | **28/1** |
| File Date: | **08/17/2022** Entered Date: **08/25/2022** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Line withdrawing Motion for Alterntivfe Service as to M. Arnold politzer** |
| | **Filed by Attorney: Andrew Wallace Gray Esq** |

| | |
|---|---|
| Doc No./Seq No.: | **29/0** |
| File Date: | **11/04/2022** Entered Date: **11/10/2022** Decision: **Granted** |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Motion to Reopen and Defer Dismissal Nunc Pro Tunc and Suggestion of BankruptcyFiled by Attorney: Andrew Wallace Gray Esq** |

| | |
|---|---|
| Doc No./Seq No.: | **29/1** |
| File Date: | **04/05/2023** Entered Date: **04/05/2023** Decision: |
| Document Name: | **Order Vacting Order Dismissing Case and Staying Proceedings - J. Schiffer** |
| | **ORDERED that PLT shall file within 90 days to file Affidavit of Compliance** |

| | |
|---|---|
| Doc No./Seq No.: | **29/2** |
| File Date: | **04/05/2023** Entered Date: **04/05/2023** Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **30/0** |
| File Date: | **12/14/2022** Entered Date: **12/16/2022** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Chapter 7 Trustees's Oppostion to Plaintiff's Motion to Reopen And Defer Dismissal Nunc Pro Tunc and Suggestion of Bankruptcy** |

| | |
|---|---|
| Doc No./Seq No.: | **30/1** |
| File Date: | **12/29/2022** Entered Date: **01/17/2023** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Response to Chapter 7 Trustee's Opposition to Motion to Reopen and Defer Dismissal Nunc Pro Tunc and Suggestion of BankruptcyFiled by Attorney: Andrew Wallace Gray Esq** |

This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.