James C. Olson
Bar No. MD07973
10451 Mill Run Circle
Suite 400
Owings Mills, MD 21117
(410) 356-8852
jolson@jamesolsonattorney.com
Attorney for Hutchinson Holdings, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| HP BENNETT, LLC, | ) | Case No. 22-00106-ELG |
| | ) | (Chapter 7) |
| Debtor. | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of the court and all parties of record

    I am admitted to practice in this court, and I appear in this case as counsel for Hutchinson Holdings, LLC.

Date: November 3, 2023

                                        */s/ James C. Olson*  .
                                        James C. Olson (MD07973)
                                        10451 Mill Run Circle
                                        Suite 400
                                        Owings Mills, MD 21117
                                        jolson@jamesolsonattorney.com
                                        Tel.: (410) 356-8852
                                        Fax: (443) 501-2636

                                        Attorney for Hutchinson Holdings, LLC

06953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2023, a copy of the foregoing Appearance of Counsel was served electronically upon filing via the ECF system.

*/s/ James C. Olson* .
James C. Olson
