James C. Olson
Bar No. MD07973
10451 Mill Run Circle
Suite 400
Owings Mills, MD 21117
(410) 356-8852
jolson@jamesolsonattorney.com
Attorney for Hutchinson Holdings, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| HP BENNETT, LLC, ) | Case No. 22-00106-ELG |
| ) | (Chapter 7) |
| Debtor. ) | |

**MOTION FOR CONTINUANCE OF HEARING**

Respondent Hutchinson Holdings, LLC ("Hutchinson"), by its attorney, James C. Olson, moves pursuant to Local Bankruptcy Rule 5070-1 for an order continuing the hearing on the Motion to Determine Amount of Secured Claim [Dkt. no. 56] ("Valuation Motion"), which is currently scheduled on November 15, 2023, at noon. In support of this motion, Hutchinson respectfully represents:

  1. Undersigned counsel was retained by Hutchinson on October 26, 2023. After two business days exchanging voice messages, on October 30, 2023, counsel spoke with the Chapter 7 trustee regarding the case. The trustee suggested that the Valuation Motion could be resolved in the context of a sale of the property located at 906 Bennett Place, Baltimore, MD 21223 ("Property"). On November 1, 2023, undersigned counsel emailed an offer for purchase of the Property to the trustee, and spoke with the trustee about the offer.

  2. Without disclosing the terms of the offer, the offer would provide funds to the estate, would dispose of an asset of the estate, and would resolve the issues raised in the Valuation Motion. To date, Hutchinson has not received a response from the trustee to that

offer.

3.      Any sale of the Property will require approval of this Court, which could not likely be obtained prior to November 15, 2023. Hutchinson requests that the hearing currently scheduled for November 15 be continued to December 6, 2023, at 12:00 p.m. to permit completion of negotiations regarding the sale of the property and the filing of a motion to approve such a sale.

4.      Additionally, in order to properly respond to the Valuation Motion, Hutchinson will require the testimony of Andrew Gray regarding various events in the tax sale foreclosure proceeding in the Circuit Court for Baltimore City and to identify various relevant documents. Mr. Gray has a scheduling conflict on November 15, 2023, which would preclude his ability to appear and testify. For this reason, also, Hutchinson seeks a brief continuance of the hearing on the Valuation Motion.

5.      The Chapter 7 trustee consents to the relief sought in this motion. Undersigned counsel requested consent to this motion from counsel to Ruby Jude City, LLC early this afternoon, but has not yet received a response.

WHEREFORE, Hutchinson respectfully requests that this Court enter an order continuing the hearing on the Valuation Motion to December 6, 2023 at 12:00 p.m.

Date: November 7, 2023

                                        */s/ James C. Olson*         .
James C. Olson (MD07973)
10451 Mill Run Circle
Suite 400
Owings Mills, MD 21117
jolson@jamesolsonattorney.com
(410) 356-8852

Attorney for Hutchinson Holdings, LLC

06955

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2023, a copy of the foregoing Motion for Continuance of Hearing was served electronically upon filing via the ECF system.

/s/ *James C. Olson*       .
James C. Olson