UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| HP BENNETT, LLC, ) | Case No. 22-00106-ELG |
| ) | (Chapter 7) |
| Debtor. ) | |

**ORDER CONTINUING HEARING**

On consideration of the Motion for Continuance of Hearing ("Motion"), filed by Hutchinson Holdings, LLC, and for the reasons stated in the Motion, it is hereby

ORDERED, that the hearing on the Motion to Determine Amount of Secured Claim [Dkt. no. 56] is continued to December 6, 2023, at 12:00 p.m.

[signed and dated above]

I ask for this relief

*/s/ James C. Olson                .*
James C. Olson (MD07973)
10451 Mill Run Circle
Suite 400
Owings Mills, MD 21117
jolson@jamesolsonattorney.com
(410) 356-8852
Attorney for Hutchinson Holdings, LLC

Consented to:

*Patricia B. Jefferson*   .
Patricia B. Jefferson
Miles & Stockbridge. P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202
pjefferson@milesstockbridge.com
(410) 385-3405
Chapter 7 trustee

Service to:  recipients of electronic notice