22NTCHRG

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:

**HP Bennett, LLC**
Debtor(s).

Case No. 22-00106-ELG

Chapter 7

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing will be held on:

- Motion to Continue Hearing Filed by Hutchinson Holdings, LLC (Docket Entry No. 67)

on 11/9/23 at 10:00 AM

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 11/8/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.