The order below is hereby signed.

Signed: November 13 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| HP BENNETT, LLC, ) | Case No. 22-00106-ELG |
| ) | (Chapter 7) |
| Debtor. ) | |

### ORDER CONTINUING HEARING

On consideration of the Motion for Continuance of Hearing ("Motion"), filed by Hutchinson Holdings, LLC, and a hearing on the Motion having been held on November 9, 2023, and for the reasons stated at the hearing, it is hereby

ORDERED, that the hearing on the Motion to Determine Amount of Secured Claim [Dkt. no. 56] is continued to November 16, 2023, at 12:00 p.m.

Submitted by

*/s/ James C. Olson* .
James C. Olson (MD07973)
10451 Mill Run Circle
Suite 400
Owings Mills, MD 21117
jolson@jamesolsonattorney.com
(410) 356-8852
Attorney for Hutchinson Holdings, LLC

Service to: recipients of electronic notice