IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:**<br><br>**HP BENNETT, LLC,**<br><br>**Debtor.** | **Case No. 22-00106-ELG**<br>**Chapter 7** |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION
TO (I) APPROVE SETTLEMENT WITH HUTCHINSON HOLDINGS, LLC
AND (II) APPROVE SALE OF PROPERTY OF THE ESTATE, FREE AND
<u>CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES</u>**

Upon consideration of the Motion to (I) Approve Settlement with Hutchinson Holdings, LLC and (II) Approve Sale of Property of the Estate, Free and Clear of Liens, Claims and Encumbrances (the "<u>Motion</u>") filed by Patricia B. Jefferson, Chapter 7 Trustee (the "<u>Trustee</u>"), any responses thereto, and it appearing that the Motion has been properly served and adequate notice has been given, and good cause appearing, and the Court making the following findings of fact and conclusions of law:

1. On June 23, 2022, Ruby Jude City, LLC ("<u>Ruby Jude</u>") commenced the above-captioned case by filing an involuntary petition for relief under Chapter 7 of the Bankruptcy Code against HP Bennett, LLC (the "<u>Debtor</u>");

1

2. The filing of the involuntary petition created an estate consisting of all property of the Debtor listed in 11 U.S.C. § 541;

3. On October 7, 2022, the Court entered an Order Granting Motion to Resolve Election [Dkt. No. 44], which confirmed the election of Patricia B. Jefferson as Chapter 7 Trustee pursuant to 11 U.S.C. § 702. The Trustee has legal title to all property of the estate;

4. The Debtor owns 906 Bennett Place, Baltimore, MD 21223 (the "Property"), which is property of the estate;

5. Pursuant to 11 U.S.C. §§ 363 and 704, the Trustee is authorized to sell the Property with approval of this Court;

6. Hutchinson Holdings, LLC ("Hutchinson Holdings") is purchasing the Property in good faith and is entitled to the protections of 11 U.S.C. § 363(m);

therefore, it is, by the United States Bankruptcy Court for the District of Columbia hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Settlement Agreement attached as Exhibit A to the Motion and incorporated herein is approved in its entirety, and it is further

ORDERED, that Hutchinson Holdings possesses an allowed secured claim against the Property in the amount of $45,000; and it is further

ORDERED, that the Trustee is authorized to sell the Property to Hutchinson Holdings, or its designee, for $67,500.00 free and clear of all liens, claims, encumbrances, or interests arising pre- or post-petition, other than any liens or claims arising on account of unpaid taxes or governmental municipal obligations; and it is further

ORDERED, that the Trustee is authorized to deliver a special warranty deed transferring HP Bennett, LLC's interest in the Property to Hutchinson Holdings, or its designee; and it is further

2

ORDERED, that the Trustee is authorized to execute all documents that are necessary to effectuate the sale of the Property; and it is further

ORDERED, that any lienholder that possesses a lien on the Property and has not filed a proof of claim must file a proof of claim within 30 days of the date of entry of this Order; and it is further

ORDERED, that this order may be filed in the land records of the jurisdiction in which the Property is located, and the clerk or officer responsible for recording documents shall accept this order for recording; and it is further

ORDERED, that the 14-day stay provided under Rule 6004(h) is waived and this Order shall be effective immediately upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction over all disputes involving the sale.

I ask for this:

*/s/ Patricia B. Jefferson*
Patricia B. Jefferson
Miles & Stockbridge. P.C.
100 Light Street
Baltimore, MD 21202
pjefferson@milesstockbridge.com
(410) 385-3405
Chapter 7 trustee

Consented to:

/s/ James C. Olson            .
James C. Olson (MD07973)
10451 Mill Run Circle
Suite 400
Owings Mills, MD 21117
jolson@jamesolsonattorney.com
Tel.: (410) 356-8852
Attorney for Hutchinson Holdings, LLC

Service to: recipients of electronic notice

**\*\*END OF ORDER\*\***