IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>HP BENNETT, LLC,<br><br>Debtor. | Case No. 22-00106-ELG<br>Chapter 7 |

### NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE SETTLEMENT WITH HUTCHINSON HOLDINGS, LLC AND (II) APPROVE SALE OF PROPERTY OF THE ESTATE, FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

PLEASE TAKE NOTICE that on December 5, 2023, Patricia B. Jefferson, Chapter 7 Trustee (the "Trustee") of the estate of HP Bennett, LLC (the "Debtor") filed a Motion to (I) Approve Settlement with Hutchinson Holdings, LLC and (II) Approve Sale of Property of the Estate, Free and Clear of Liens, Claims and Encumbrances (the "Motion"). The Motion seeks approval of a settlement with Hutchinson Holdings, LLC ("Hutchinson Holdings") in which the Trustee proposes to sell 906 Bennett Place, Baltimore, MD 21223 (the "Property") to Hutchinson Holdings for $67,500 (the "Purchase Price"). No appraisal for the Property has been performed. The sale shall be free and clear of all liens, claims, and interests other than liens held by taxing authorities. Further details of the proposed settlement and sale may be found in the Motion.

ANY PARTY IN INTEREST WISHING TO OPPOSE THE MOTION MUST FILE AN OBJECTION IN WRITING, SPECIFICALLY STATING THE FACTUAL AND LEGAL NATURE OF THE OBJECTION WITH THE CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA, U.S. COURTHOUSE, 333 CONSTITUTION AVENUE, N.W., ROOM 1225, WASHINGTON, DC 20001, AND SIMULTANEOUSLY UPON THE UNDERSIGNED, WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF THIS NOTICE PLUS ANY ADDITIONAL TIME REQUIRED BY FED. R. BANKR. P. 9006(A) AND (F).

A HEARING ON THE MOTION WILL BE HELD ON JANUARY 10, 2024 AT 10:00 A.M. IN FRONT OF THE HONORABLE ELIZABETH L. GUNN, UNITED STATES BANKRUPTCY JUDGE. PLEASE TAKE FURTHER NOTICE THAT THE COURT MAY RULE UPON THE MOTION WITHOUT HOLDING A HEARING IF THERE IS NO TIMELY OBJECTION.

DATED: December 5, 2023

Respectfully submitted,

*/s/ Patricia B. Jefferson*

Patricia B. Jefferson
 Fed. Bar. No. 27668
Miles & Stockbridge P.C.
100 Light Street,
Baltimore, Maryland 21202
Phone: (410) 385-3406
Email: bktrustee@milesstockbridge.com

*Counsel to Chapter 7 Trustee*

114693\000038\4859-1383-8740.v1

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 5, 2023, an electronic copy of the foregoing Notice of Motion to (I) Approve Settlement with Hutchinson Holdings, LLC and (II) Approve Sale of Property of the Estate, Free and Clear of Liens, Claims and Encumbrances will be served electronically by the Court's CM/ECF system on the following:

- **Kristen S. Eustis:** Kristen.S.Eustis@usdoj.gov
- **Michael T. Freeman:** michael.t.freeman@usdoj.gov
- **Andrew W Gray:** attorneyandrewgray@yahoo.com
- **James C Olson:** jolson@jamesolsonattorney.com
- **Maurice Belmont VerStandig:** mac@mbvesq.com

I HEREBY FURTHER CERTIFY that on December 5, 2023, a copy of the foregoing Notice of Motion to (I) Approve Settlement with Hutchinson Holdings, LLC and (II) Approve Sale of Property of the Estate, Free and Clear of Liens, Claims and Encumbrances was served via U.S. Mail, postage prepaid, on:

HP Bennett, LLC
6718 Holabird Avenue
Baltimore, MD 21222

Sheila R. Tyszko Miceli
25 Hooks Lane, Suite 202
Pikesville, MD 21208

Washington D.C.
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001

Baltimore Community Development Financing
Attn: Executive Vice President
36 S. Charles Street, Suite 1510
Baltimore, MD 21201

Baltimore Community Lending, Inc.
875 Hollins Street, Suite 301
Baltimore, MD 21201

Baltimore Community Lending, Inc.
c/o Michael A. Brown, Resident Agent
Nelson Mullins Riley & Scarborough LLP
100 S. Charles Street, Suite 1200
Baltimore, MD 21201

City of Baltimore
  Bureau of Revenue Collection
Abel Wolman Municipal Building
200 North Holliday Street
Baltimore, MD 21202

City of Baltimore,
  Bureau of Revenue Collection
P.O. Box 17535
Baltimore, MD 21297

Comptroller of Maryland
Revenue Administration Division
P.O. Box 549
Annapolis, MD 21404

Dorothy Leftwich
701 Carrollton Avenue
Baltimore, MD 21217

| | |
|---|---|
| Frank Bowles<br>910 Bennett Place<br>Baltimore, MD 21223 | HP Edmonson, LLC<br>6718 Holabird Avenue<br>Dundalk, MD 21222 |
| HP West Baltimore, LLC<br>6718 Holabird Avenue<br>Dundalk, MD 21222 | Hutchinson Holdings, LLC<br>910 Bennett Place<br>Baltimore, MD 21223 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Katherine W. O'Connor<br>100 West Road, Suite 215<br>Towson, MD 21204 |
| MD Tax Properties 2016, LLC<br>25 Hooks Lane, Suite 202<br>Pikesville, MD 21208 | Matthew A. Hornung<br>2656 Baldwin Mill Road<br>Baldwin, MD 21013 |
| Mayor and City Council of Baltimore<br>417 E. Fayette St. Room 355<br>Baltimore, MD 21202 | Portugal Properties, LLC<br>6718 Holabird Avenue<br>Dundalk, MD 21222 |
| Progressive Property Incorporated<br>6718 Holabird Avenue<br>Dundalk, MD 21222 | Robert Griffin<br>6718 Holabird Avenue<br>Dundalk, MD 21222 |
| Ruby Jude City, LLC<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012 | Shapiro and Olander<br>Attn: Lonnie M. Ritzer, Esq.<br>36 South Charles Street, Suite 2000<br>Baltimore, MD 21201 |
| HP Bennett, LLC<br>c/o Robert Griffin, Resident Agent<br>6718 Holabird Avenue<br>Baltimore, MD 21222 | Baltimore City Department of Finance<br>Attn: Director of Finance<br>100 North Holliday Street<br>Baltimore, MD 21202 |
| Mayor and City Council of Baltimore<br>100 North Holliday Street, Suite 400<br>Baltimore, MD 21202 | Mayor and City Council of Baltimore<br>c/o Dept. of Housing and Community Dvlp.<br>417 E. Fayette Street, 14th Floor<br>Baltimore, MD 21202 |
| Daniel P. Henson, III, Trustee<br>417 East Fayette Street, 14th Floor<br>Baltimore, MD 21202 | Michael A. Brown, Substituted Trustee<br>Sherita D. Harrison, Substituted Trustee<br>The Tide Building, Suite 300<br>1010 Hull Street<br>Baltimore, MD 21230 |

4

| | |
|---|---|
| M. Arnold Politzer, Substituted Trustee<br>401 Washington Avenue, Suite 803<br>Towson, MD 21204 | Lonnie M. Ritzer, Trustee<br>19 Eastlake Drive<br>Palm Coast, FL 32137 |
| Ann Cleary Gordon, Trustee<br>36 South Charles Street, 20th Floor<br>Baltimore, MD 21201 | Mary Ann Hamel and Ellyn S. Butler, Trustees<br>100 West Road, Suite 215<br>Towson, MD 21204 |
| Baltimore City Law Department<br>Attn: Chief Solicitor Real Estate/ Corporate<br>City Hall, Room 100<br>100 N. Holliday St<br>Baltimore, MD 21202 | |

*/s/ Patricia B. Jefferson*
Patricia B. Jefferson

5

114693\000038\4859-1383-8740.v1