Patricia B. Jefferson
  Fed. Bar. No. 27668
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
Phone: (410) 385-3406
Email: bktrustee@milesstockbridge.com
*Counsel to Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**HP BENNETT, LLC,**<br><br>        **Debtor.** | **Case No. 22-00106-ELG**<br>**Chapter 7** |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 10, 2024, a copy of the Order Granting Chapter 7 Trustee's Motion to (I) Approve Settlement with Hutchinson Holdings, LLC and (II) Approve Sale of Property of the Estate, Free and Clear of Liens, Claims and Encumbrances was served via U.S. Mail, postage prepaid, on:

| | |
|---|---|
| HP Bennett, LLC<br>6718 Holabird Avenue<br>Baltimore, MD 21222 | Baltimore Comm. Dvlp. Financing Corp.<br>Attn: Executive Vice President<br>36 S. Charles Street, Suite 1510<br>Baltimore, MD 21201 |
| Baltimore Community Lending, Inc.<br>875 Hollins Street, Suite 301<br>Baltimore, MD 21201 | Baltimore Community Lending, Inc.<br>c/o Michael A. Brown, Resident Agent<br>Nelson Mullins Riley & Scarborough LLP<br>100 S. Charles Street, Suite 1200<br>Baltimore, MD 21201 |
| Mayor and City Council of Baltimore<br>417 E. Fayette St. Room 355<br>Baltimore, MD 21202 | Mary Ann Hamel & Ellyn S. Butler, Trustees<br>100 West Road, Suite 215<br>Towson, MD 21204 |

114693\000038\4873-1141-4172.v1

Ruby Jude City, LLC
c/o The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

Katherine W. O'Connor
100 West Road, Suite 215
Towson, MD 21204

Shapiro & Olander
Attn: Lonnie M. Ritzer, Esquire
36 S. Charles Street
2000 Charles Center South
Baltimore, MD 21201

Mayor and City Council of Baltimore
100 North Holliday Street, Suite 400
Baltimore, MD 21202

Baltimore City Department of Finance
Attn: Director of Finance
100 North Holliday Street
Baltimore, MD 21202

Daniel P. Henson, III, Trustee
417 East Fayette Street, 14th Floor
Baltimore, MD 21202

Mayor and City Council of Baltimore
c/o Department of Housing & Community Dvlp.
417 E. Fayette Street, 14th Floor
Baltimore, MD 21202

M. Arnold Politzer, Substituted Trustee
401 Washington Avenue, Suite 803
Towson, MD 21204

Michael A. Brown, Substituted Trustee
Sherita D. Harrison, Substituted Trustee
The Tide Building, Suite 300
1010 Hull Street
Baltimore, MD 21230

Ann Cleary Gordon, Trustee
36 South Charles Street, 20th Floor
Baltimore, MD 21201

Lonnie M. Ritzer, Trustee
19 Eastlake Drive
Palm Coast, FL 32137

Baltimore City Law Department
Attn: Chief Solicitor Real Estate/ Corporate
City Hall, Room 100
100 N. Holliday St
Baltimore, MD 21202

DATED: January 10, 2024

Respectfully submitted,

*/s/ Patricia B. Jefferson*
Patricia B. Jefferson
Fed. Bar. No. 27668
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
Phone: (410) 385-3406
Email: bktrustee@milesstockbridge.com

*Counsel to Chapter 7 Trustee*

2

114693\000038\4873-1141-4172.v1