The order below is hereby signed.

Signed: February 2 2024



*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

**In re:**

**HP BENNETT, LLC,**

**Debtor.**

**Case No. 22-00106-ELG**
**Chapter 7**

### CONSENT ORDER RESOLVING MOTION TO DETERMINE
### AMOUNT OF A SECURED CLAIM AND MOTION FOR RECONSIDERATION

Upon consideration of the Motion to Determine Amount of a Secured Claim [Dkt. No. 56] (the "Secured Claim Motion") filed by Ruby Jude City, LLC ("Ruby Jude"), the Response to Motion to Determine Amount of Secured Claim [Dkt. No. 58] (the "Response") filed by Hutchinson Holdings, LLC ("Hutchinson Holdings"), the Motion for Reconsideration [Dkt. No. 65] (the "Motion for Reconsideration") filed by Hutchinson Holdings, the Order Granting Chapter 7 Trustee's Motion to (I) Approve Settlement with Hutchinson Holdings, LLC and (II) Approve Sale of Property of the Estate, Free and Clear of Liens, Claims and Encumbrances [Dkt. No. 76] (the "Settlement Order") entered by the Court on January 9, 2024, the record herein, and for the reasons stated on the record at the hearing held on January 10, 2024, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

1

Case 22-00106-ELG    Doc 80    Filed 02/02/24    Entered 02/02/24 10:17:03    Desc Main
Document      Page 2 of 2

ORDERED, that the Secured Claim Motion is denied as moot without prejudice; and it is further

ORDERED, that the Motion for Reconsideration is denied as moot without prejudice; and it is further

ORDERED, that this Order shall not preclude Ruby Jude from refiling the Secured Claim Motion should the sale contemplated by the Settlement Order be unsuccessful.

CONSENTED TO:

/s/ Patricia B. Jefferson
Patricia B. Jefferson (MD27668)
Miles & Stockbridge. P.C.
100 Light Street
Baltimore, MD 21202
pjefferson@milesstockbridge.com
(410) 385-3405

*Chapter 7 Trustee*

/s/ Maurice B. Verstandig
Maurice B. Verstandig (MD18071)
The Verstandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy # 665
Henderson, NV 89012
301-444-4600
mac@mbvesq.com

*Attorney for Ruby Jude City, LLC*

/s/ James C. Olson
James C. Olson (MD07973)
10451 Mill Run Circle
Suite 400
Owings Mills, MD 21117
jolson@jamesolsonattorney.com
Tel.: (410) 356-8852

*Attorney for Hutchinson Holdings, LLC*

/s/ Kristen S. Eustis
Kristen S. Eustis (MD 28984)
Trial Attorney
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

*Office of the United States Trustee*

Service to: recipients of electronic notice

**\*\*END OF ORDER\*\***

114693\000038\4887-8118-8508.v1