**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 22-00106-ELG |
| **HP Bennett, LLC** | **Chapter 7** |
| **Debtor** | |

### NOTICE OF POSSIBLE DIVIDENDS AND DEADLINE TO FILE PROOF OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. Since that notice was sent, it appears that assets may be recovered by the trustee.

Except as otherwise provided by law, creditors who wish to share in any distribution of funds must file a Proof of Claim (Official Form B 410) through the Court's NextGen CM/ECF or in hard copy with the Clerk of the Bankruptcy Court care of United States Bankruptcy Court, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001 on or before

**DEADLINE for creditors other than governmental units:   10/29/2024**

**DEADLINE for governmental units, if applicable:   10/29/2024**

The Proof of Claim form can be found at https://www.uscourts.gov/sites/default/files/form_b_410.pdf. If you mail your Proof of Claim to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Any creditor who has filed a Proof of Claim already need not file another Proof of Claim.

For the Court:
Angela D. Caesar
BY: CA

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.

United States Bankruptcy Court

District of Columbia

In re:  Case No. 22-00106-ELG
HP Bennett, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Jul 31, 2024      Form ID: pdf001      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 764570 | + | Baltimore Community Development Financin, Attn: Executive Vice President, 36 South Charles Street Suite 1510, Baltimore, MD 21201-3014 |
| 764572 | | Baltimore Community Lending, Inc., c/o Michael A. Brown, Resident Agent, Nelson Mullins Riley & Scarborough LLP 1, Baltimore, MD 21201 |
| 764571 | + | Baltimore Community Lending, Inc., 875 Hollins Street Suite 301, Baltimore, MD 21201-1252 |
| 764574 | + | City of Baltimore Bureau of Revenue Coll, P.O. Box 17535, Baltimore, MD 21297-1535 |
| 764575 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 764576 | + | Dorothy Leftwich, 701 Carrollton Avenue, Baltimore, MD 21217-2767 |
| 764577 | + | Frank Bowles, 910 Bennett Place, Baltimore, MD 21223-1311 |
| 764578 | + | HP Edmondson, LLC, 6718 Holabird Avenue, Dundalk, MD 21222-1047 |
| 764579 | + | HP West Baltimore, LLC, 6718 Holabird Avenue, Dundalk, MD 21222-1047 |
| 764580 | + | Hutchinson Holdings, LLC, 910 Bennett Place, Baltimore, MD 21223-1311 |
| 764582 | + | Katherine W. O'Connor, 100 West Road Suite 215, Towson, MD 21204-2357 |
| 764585 | + | MD Tax Properties 2016, LLC, 25 Hooks Lane Suite 202, Pikesville, MD 21208-1619 |
| 764583 | + | Matthew A. Hornung, 2656 Baldwin Mill Road, Baldwin, MD 21013-9138 |
| 764584 | + | Mayor and City Council of Baltimore, 417 E. Fayette St. Room 355, Baltimore, MD 21202-4865 |
| 764586 | + | Portugal Properties, LLC, 6718 Holabird Avenue, Dundalk, MD 21222-1047 |
| 764587 | + | Progressive Property Incorporated, 6718 Holabird Avenue, Dundalk, MD 21222-1047 |
| 764588 | + | Robert Griffin, 6718 Holabird Avenue, Dundalk, MD 21222-1047 |
| 764589 | + | Ruby Jude City, LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 763769 | + | Ruby Jude City, LLC Debtor-in-Possession, c/o Maurice B. VerStandig, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |
| 764590 | + | Shapiro and Olander, Attn: Lonnie M. Ritzer, Esq., 36 South Charles Street 2000 Charles Cen, Baltimore, MD 21201-3020 |
| 764591 | + | Sheila R. Tyszko Miceli, 25 Hooks Lane Suite 202, Pikesville, MD 21208-1619 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 764573 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Jul 31 2024 21:50:00 | City of Baltimore Bureau of Revenue Coll, Abel Wolman Municipal Building, 200 North Holliday Street, Baltimore, MD 21202-3613 |
| 764581 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2024 21:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 31, 2024 | Form ID: pdf001 | Total Noticed: 23 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew W Gray | on behalf of Creditor Hutchinson Holdings LLC attorneyandrewgray@yahoo.com |
| James C Olson | on behalf of Creditor Hutchinson Holdings LLC jolson@jamesolsonattorney.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Petitioning Creditor Ruby Jude City LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Patricia B. Jefferson | on behalf of Trustee Patricia B. Jefferson bktrustee@milesstockbridge.com MD68@ecfcbis.com |
| Patricia B. Jefferson | bktrustee@milesstockbridge.com MD68@ecfcbis.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 8