The order below is hereby signed.

Signed: June 10 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:

    HP Bennett, LLC,  
        Debtor.

Case No. 22-00106-ELG  
Chapter 7

## ORDER DIRECTING TRUSTEE TO FILE STATUS REPORT

This case has been pending under chapter 7 of the United States Bankruptcy Code since June 23, 2022. In light of the fact that the case remains open and pending before the Court with no discernable activity, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) The chapter 7 trustee shall file a status report with the Court pursuant to § 704(a)(2) of the Bankruptcy Code on or before June 30, 2025 (the "Status Report"). The Status Report shall contain, at a minimum, the following information:

    a. Whether the case should be closed. If not, the Status Report should include a description of the reason the case remains open. If yes, the Status Report should indicate when any remaining documents will be filed to allow for closure. If the case should be closed, the remaining questions are not required to (but may be voluntarily) be answered.

    b. Whether this is an asset case. If yes, the Status Report should identify the asset(s) and provide a written update regarding the liquidation of the

      asset(s). Any description should include a detailed description of the asset(s), whether such asset(s) have been liquidated in full or in part by the trustee, and a timeline for the collection of any remaining asset(s).

c. Whether there are professionals employed by the trustee in this matter and, if so, whether all applications for compensation have been filed or a timeline for the filing of such applications.

d. Whether reports under § 704(a)(8) of the Bankruptcy Code are required for this case. If so, whether such reports are complete. If incomplete, a timeline for the completion of such reports.

e. Any other information the trustee deems relevant to the status of this matter.

                [Signed and dated above.]

Copies to: recipients of electronic notice.