IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | * | |
| **HP BENNETT, LLC** | * | **Case No. 22-00106-elg** (Chapter 7) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CHAPTER 7 TRUSTEE'S STATUS REPORT

Patricia B. Jefferson, Chapter 7 Trustee, hereby submits this Status Report in compliance with Order of the Bankruptcy Court entered June 10, 2025 at Docket No. 83.

1. **Should the case be closed.** The Case should not be closed. As noted below, this is an asset case. The Trustee's proposed final report was submitted to the office of the United States Trustee on June 30, 2025.

2. **Whether this is an asset case**. Yes, this is an asset case. The only asset with equity was the Debtor's real estate located at 906 Bennett Place, Baltimore Maryland (the "Real Property). That property was the subject of a lengthy dispute between the Trustee and Hutchinson Holdings, LLC, the holder of a tax certificate encumbering the property. That dispute was resolved and the Real Property was sold on February 13, 2024 for $67,500.00. From that sale, Hutchinson Holding's secured claim was satisfied in accordance with the Order entered January 9, 2024, Dkt. No. 76. A true and correct copy of the settlement statement is attached hereto. The Trustee believed there might be additional assets in the case, and finalized her investigation into those assets in April 2025. She has concluded there are no further assets.

3. **Are there any professionals employed by the Trustee**. The only professionals employed are counsel for the Trustee. The applications for compensation have been submitted to the office of the United States Trustee with the Trustee's proposed final report.

4. **Whether reports under 11 U.S.C. § 704(a)(8) are required for this case**. The Trustee has not operated any business of the debtor. The Real Property was not income producing at the Trustee did not collect any rent. Accordingly, no such reports are required.

The Trustee anticipates that this case will be finalized in short order upon the United States Trustee's review of the Trustee's proposed final report and fee applications.

| | |
|---|---|
| DATE: June 30, 2025 | /s/ Patricia B. Jefferson<br>Patricia B. Jefferson (Fed. Bar #27668)<br>Miles & Stockbridge P.C.<br>100 Light Street, 7th Floor<br>Baltimore, Maryland 21202<br>(410) 385-3405<br>bktrustee@milesstockbridge.com<br><br>*Chapter 7 Trustee for the*<br>*Bankruptcy Estate of HP Bennett LLC* |

## CERTIFI CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 30, 2025, an electronic copy of the foregoing Status Report was served electronically by the Court's CM/ECF system on the following:

- **Kristen S. Eustis:** Kristen.S.Eustis@usdoj.gov
- **Michael T. Freeman:** michael.t.freeman@usdoj.gov
- **Andrew W Gray:** attorneyandrewgray@yahoo.com
- **James C Olson:** jolson@jamesolsonattorney.com
- **Maurice Belmont VerStandig:** mac@mbvesq.com

                                        /s/ *Patricia B. Jefferson*
                                        Patricia B. Jefferson

Settlement Statement

# KING TITLE COMPANY, INC

ALTA ID - 1089144, Maryland State License - 2882
25 Hooks Lane, Suite 316, Baltimore, MD 21208
(410) 486-KING (5464), (410) 486-5605 (FAX), www.kingtitle.com, Email: info@kingtitle.com

| File Number | 29019 |
|---|---|
| Buyer Name | Hutchinson Holdings LLC |
| Seller Name | Patricia B. Jefferson, Chapter 7 Trustee for the Bankrupt Estate of HP Bennett, LLC DC Case No. 22-00106-ELG |
| Lender | |
| Property Address | 906 Bennett Place, Baltimore City, MD 21223 |
| Settlement Date | February 13, 2024 |

| Buyer/Borrower Charges | | | Seller Credits | | |
|---|---|---|---|---|---|
| 101 Sales price | | 67,500.00 | 401 Sales price | | 67,500.00 |
| 102 Settlement charges from page 2 | | 5,210.32 | 402 | | |
| 103 Property tax 7/1/23 to 6/30/24 | | 984.35 | 403 Property tax 7/1/23 to 6/30/24 | | |
| 104 Property tax 7/1/22 to 6/30/23 | | 1,145.69 | 404 Property tax 7/1/22 to 6/30/23 | | |
| 105 Property tax 7/1/21 to 6/30/22 | | 1,268.80 | 405 Property tax 7/1/21 to 6/30/22 | | |
| 106 Property tax 7/1/20 to 6/30/21 | | 1,359.95 | 406 | | |
| 107 Property tax 7/1/19 to 6/30/20 | | 1,536.95 | 407 | | |
| 108 Water/City Bill Escrow | | 900.00 | 408 | | |
| 109 Water thru 6/27/21 | | 1,104.08 | 409 | | |
| 120 Subtotal Charges | | 81,010.14 | 410 Subtotal Credits | | 67,500.00 |

| Buyer/Borrower Credits | | | Seller Charges | | |
|---|---|---|---|---|---|
| 201 Deposit held by seller | | | 501 Deposit held by seller | | |
| 202 Principal amount of new loan | | | 502 Settlement charges from page 2 | | |
| 203 Deposit held by realtor | | | 503 Payoff mortgage | | |
| 204 Deposit held by title | | | 504 Payoff mortgage | | |
| 205 | | | 505 Express payoff/proceeds | | |
| 206 | | | 506 | | |
| 207 Secured Claim | | 45,000.00 | 507 Secured Claim | | 45,000.00 |
| 208 Property tax to | | | 508 Property tax to | | |
| 209 Ground rent to | | | 509 Ground rent to | | |
| 210 Condo/HOA to | | | 510 Condo/HOA to | | |
| 211 | | | 511 | | |
| 212 | | | 512 | Last Read Date | |
| 213 to | | | 513 Water Due to | | |
| 214 Water to | | | 514 Water to | | |
| 215 to | | | 515 Water/City Bill Escrow | | |
| 216 | | | 516 | | |
| 217 | | | 517 | | |
| 218 | | | 518 | | |
| 220 Subtotal Credits | | 45,000.00 | 520 Subtotal Charges | | 45,000.00 |
| | | | 521 Maryland Withholding Tax 0.00% | | |
| 303 Amount Due From Buyer | | 36,010.14 | 603 Amount Due To Seller | | 22,500.00 |

| SETTLEMENT CHARGES | | | Buyer Charge | Seller Charge |
|---|---|---|---|---|
| 700 Real Estate Broker fee | Company Name | | | |
| 701 Commission | to: | | | |
| 702 Commission | to: | | | |
| 703 Commission | to: | | | |
| 704 Commission | to: | | | |
| 800 Items Payable in Connection with Loan | | | | |
| 801 Origination charge | to: | | | |
| 802 Construction funds | to: | | | |
| 803 Appraisal fee | to: | | | |
| 804 Credit report | to: | | | |
| 805 Document preparation | to: | | | |
| 806 Flood certification | to: | | | |
| 807 Lender inspection | to: | | | |
| 808 Tax service | to: | | | |
| 809 Underwriting Fee | to: | | | |
| 810 | | | | |
| 900 Items Required by Lender to Be Paid in Advance | | | | |
| 901 Daily interest charge frm | to: | @ | | |
| 902 Mortgage insurance premium | to: | | | |
| 903 Haz insurance | to: | | | |
| 1000 Reserves Deposited with Lender | | | | |
| 1001 Initial deposit for your escrow account | | | | |
| 1002 Hazard insurance | months @ | per month | | |
| 1003 Mortgage insurance | months @ | per month | | |
| 1004 Property taxes | months @ | per month | | |
| 1005 Ground rent | months @ | per month | | |
| 1006 Aggregate Adjustment | | | | |
| 1100 Title Charges | | | | |
| 1101 Title - Services | to: | King Title Company, Inc. | | |
| 1102 Title - Closing Fee/Settlement | to: | King Title Company, Inc. | 265.00 | |
| 1103 Title - Examination | to: | King Title Company, Inc. | 495.00 | |
| 1104 Title - Binder | to: | King Title Company, Inc. | 50.00 | |
| 1105 Title - Document Preparation | to: | King Title Company, Inc. | 295.00 | |
| 1106 Title - Insurance | to: | Stewart Title Insurance/King Title | | |
| 1107 Lender's title policy limit | $0.00 | | | |
| 1108 Owner's title policy limit | $67,500.00 | | 350.20 | |
| 1109 Title - Insured Closing Letter | to: | Title Insurance Company | | |
| 1110 Title - Procure Payoff/Release | to: | King Title Company, Inc. | | |
| 1111 Title - Search/Judgment | to: | King Title Company, Inc. | 395.00 | |
| 1112 Title - Recording Service/Courier | to: | King Title Company, Inc. | 100.00 | |
| 1200 Government Recording and Transfer Charges | | | | |
| 1201 Deed 115 Mortg Release POA | | | 115.00 | |
| 1202 Recordation tax | | | 675.00 | |
| 1203 State transfer tax | | | 337.50 | |
| 1204 City/County transfer tax | | | 1,012.50 | |
| 1205 City Lien Certificate Reimbursement to King Title Company, Inc. | | | 55.00 | |
| 1300 Additional Settlement Charges | | | | |
| 1301 Misc 8844789 | to: | Director of Finance | 323.10 | |
| 1302 Misc 9005737 | | Director of Finance | 304.20 | |
| 1303 Misc 9311218 | to: | Director of Finance | 437.82 | |
| 1304 | to: | | | |
| 1305 | | | | |
| 1400 Total Charges | | | 5,210.32 | |

**Substitute Form 1099 Seller Statement And Instructions** - The information contained in the within document is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).

**Release/Authorization** - All parties authorize the release of a copy of this document or any Closing Disclosure to anyone with any interest in the property including but not limited to Condominium/Homeowners Associations or their agents, court clerks, ground rent owners, buyers, sellers, Realtors, attorneys, lenders. We have been informed of the provisions of RP 7-106(b) of the Annotated Code of Maryland which will waive the requirement of providing evidence of a recorded release so long as the funds are disbursed within 5 days of settlement.

**Homestead Property Tax Credit**: (RP 9-105f) - If you plan to live in this home as your principal residence, you may qualify for the homestead property tax credit. The homestead property tax credit may significantly reduce the amount of property taxes you owe. For more information, see: https://dat.maryland.gov/homestead

**Document Corrections** - The undersigned hereby agree to fully cooperate in adjusting for typographical or clerical errors in any settlement documents including but not limited to, this document, Deed, Affidavits, miscellaneous documents executed at settlement, Contracts and Addendums, and Loan Documents ("Settlement Documents") executed in conjunction with the settlement, if requested by King Title Company, Inc. The undersigned hereby appoint King Title Company, Inc. and/or any employee of King Title Company, Inc. as attorney-in-fact to correct any such errors, including but not limited to completing dates, initials and signatures in any Settlement Documents required by the Lender and/or Settlement Agent; and to sign or initial where changes are made as our attorney-in-fact may deem proper and necessary. This power of attorney shall be irrevocable and shall survive the disability of the undersigned.

**Adjustments/Misc** - Settlement is made subject to further adjustment between all parties in the event of errors in calculations. I agree to pay on demand to King Title any outstanding amounts due, including but not limited to, items representing liens and/or owed against the property, and amounts necessary to be paid in order to record the documents. All parties consent that in the event King Title is requested, required or deemed advisable by King Title, to stop payment on any check that has been issued, King Title may charge a stop payment fee of $25.00 which fee shall either be deducted from the funds from the initial check which is the subject of the stop payment or other funds. This document may be signed in counterparts.

**Electronic Signatures** - If any documents included in the transaction, including but not limited to, Deeds, Loan Documents, Settlement Statements, Affidavits, are signed electronically, I confirm, that in accordance with the Uniform Electronic Transactions Act (UETA) and the Electronic Signatures in Global and National Commerce Act, or E-Sign (the Act), and the Maryland Uniform Real Property Electronic Recording Act other applicable local or state legislation regarding Electronic Signatures and Transactions, the parties do hereby expressly authorize and agree to the use of electronic signatures as an additional method of signing and/or initialing any closing documents. The parties hereby agree that either party may electronically sign or initial, as appropriate. In the event a third-party to the transaction contemplated by this agreement requires that any documents relative to the transaction be executed with handwritten signatures, then the parties agree to timely reexecute any necessary documents as required. The undersigned certify as follows: 1. I, the undersigned, am over eighteen years of age and competent to testify. 2. I have signed the document or documents accompanying this affidavit by means of an electronic signature, which is defined in Md. Code, Real Property § 3-701(E) as an "electronic sound, symbol, or process attached to or logically associated with a document and executed or adopted with the intent to sign the document." 3. I have done so with the intent to sign the document. 4. My use of the electronic signature was not done for any illegal or fraudulent purposes. I solemnly declare under the penalties of perjury that the contents of the foregoing paper is true to the best of my knowledge, information, and belief. This section is applicable to all such electronically signed documents.

I have carefully reviewed the within Instrument and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of this document. We/I authorize King Title Company, Inc. to cause the funds to be disbursed in accordance with this statement. **WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18:U.S. Code Section 1001 and Section 1010.

_____
BUYER/BORROWER SIGNATURE

_____
SELLER SIGNATURE

_____
BUYER/BORROWER SIGNATURE

1200 S. Hanover St, Baltimore MD 21230
MAILING ADDRESS
Suite (27063)

FBJNYC@Gmail.com · 917-709-3140
EMAIL ADDRESS

PHONE NUMBER

_____
SELLER SIGNATURE

100 Light St, 10th Fl, Baltimore MD 21202
MAILING ADDRESS

pjefferson@milesstockbridge.com
EMAIL ADDRESS

410-385-3406
PHONE NUMBER

_____     February 13, 2024
SETTLEMENT AGENT                       DATE

Return to:
King Title Company, Inc
25 Hooks Lane, Suite 316,
Baltimore, MD 21208,
(410) 486-5464
File 29019

Affidavit of Intent to Use Electronic Signature (Md. Code, Real Property Title 3, Subtitle 7) 1. I, the undersigned, am over eighteen years of age and competent to testify. 2. I have signed the document or documents accompanying this affidavit by means of an electronic signature, which is defined in Md. Code, Real Property § 3-701(E) as an "electronic sound, symbol, or process attached to or logically associated with a document and executed or adopted with the intent to sign the document." 3. I have done so with the intent to sign the document. 4. My use of the electronic signature was not done for any illegal or fraudulent purposes. I solemnly declare under the penalties of perjury that the contents of the foregoing paper is true to the best of my knowledge, information, and belief.

I certify that I am an attorney admitted to the Bar of the State of Maryland and the within instrument has been prepared under my supervision.

*David Pierce*
David Pierce

## THIS DEED AND ASSIGNMENT,

Date: FEBRUARY 13, 2024

Grantor(s): Patricia B. Jefferson as Chapter 7 Trustee for the bankruptcy estate of HP Bennett, LLC

Grantee(s): Hutchinson Holdings LLC

Sale Price: $67,500.00

County: Baltimore City

Title Reference: Liber FMC 10693, folio 001

Ground Rent: $48.00 annually payable on the 1st days of January and July

**WITNESSETH,** That in consideration of the sum of the above sale price, the said Grantor(s) does grant and convey to the said Grantee(s), its successors and assigns, the leasehold interest in all that lot of ground situate in the above County, State of Maryland, and described on the attached Exhibit A.

**BEING** one of the properties as described in the deed recorded among the above Land Records in the above title reference to HP Bennett, LLC. See District of Columbia Bankruptcy Case No. 22-00-106-ELG where Patricia B. Jefferson was appointed Chapter 7 Trustee. See Order attached hereto as Exhibit B authorizing the sale of the within property.

**TOGETHER** with the buildings thereupon, and the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in any wise appertaining.

**AND** the said Grantor(s) hereby covenants that it has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that it will warrant specially the property hereby granted; and it will execute such further assurances of the same as may be requisite.

**Grantor(s)** claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete. This is a transfer pursuant to a bankruptcy sale.

**WITNESS** the hand and seal of said Grantor.

_____(SEAL)
Patricia B. Jefferson, Chapter 7 Trustee
for the bankruptcy estate of HP Bennett, LLC

STATE OF MARYLAND, COUNTY OF _BALTIMORE_____, to wit:
I HEREBY CERTIFY, That on this date _FEBRUARY 13, 2024_ before the subscriber, a Notary Public of the State aforesaid, personally appeared of Patricia B. Jefferson, Chapter 7 Trustee for the bankruptcy estate of HP Bennett, LLC known to me (or satisfactorily proven) and being authorized so to do, executed the aforegoing instrument for the purposes therein contained, by signing in my presence the name of the Grantor as such authorized signer.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My Commission expires: _01/02/27_

ARNITA JENKINS
Notary Public - Maryland
Baltimore County
My Commission Expires
_01/02/27_

____ If checked, This notarial act involved a remotely located individual and the use of communication technology.

**EXHIBIT "A"**

Beginning for the same on the north side of Bennett Place (formerly known as George Street) at the distance of 66 feet 6 inches westerly from the corner formed by the intersection of the north side of Bennett Place and the southwest side of Fremont Street and at the southeast corner of the lot of ground which by Indenture dated December 10,1868, was demised and leased by John Small, Jr. and others, to Daniel Harvey and recorded among the Land Records of Baltimore City in Liber G.R. No. 418, folio 68 &c. which place of beginning is designed to be at the center of the partition wall between the house erected on the ground now being described and that adjoining on the west; and running thence northerly and through the center of said partition wall and at right angles with Bennett Place and continuing the same course in all 80 feet more or less to the center of an alley 10 feet wide laid out by John Small, Jr. and others for the use and benefit of the property binding thereon; thence easterly pursuing the center of said alley and parallel with Bennett Place 10 feet; thence southeasterly and through the center of the partition wall of the house erected on the ground now being described and that adjoining on the east 80 feet more or less to a point on the north side of Bennett Place 16 feet easterly from the place of beginning; thence westerly and binding on the north side of Bennett Place to the place of beginning.

The improvement there being known as No. 906 Bennett Place.