## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | * | |
| **HP BENNETT, LLC** | * | **Case No. 22-00106-elg**<br>**(Chapter 7)** |
| **Debtor.** | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

### TRUSTEE'S NOTICE OF ABANDONMENT

PLEASE TAKE NOTICE that the Patricia B. Jefferson, the Chapter 7 Trustee (the "Trustee") for the estate of HP Bennett, LLC (the "Debtor") by and through her undersigned counsel, and pursuant to Section 554 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 6007 of the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court proposes to abandon the real property located at 903 Bennett Place, Baltimore, Maryland (the "Property") The Property is burdensome and because of numerous tax liens, is of inconsequential value to the Debtor's estate.

Pursuant to Section 554(a) of the United States Bankruptcy Code, after notice and a hearing, the Trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

PLEASE TAKE FURTHER NOTICE that any objection to the proposed abandonment of the Personal Property must be made within fourteen (14) days the date of this Notice. All objections must be made in writing, filed with the **CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA, U.S. COURTHOUSE, 333 CONSTITUTION AVENUE, N.W., ROOM 1225, WASHINGTON, DC 20001**

The objection or other response must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection. Any creditor or parties in interest with questions regarding the subject matter of this Notice may contact the Trustee or her counsel at the address and telephone number below.

DATED: August 18, 2025

Respectfully submitted,

*/s/ Patricia B. Jefferson*
Patricia B. Jefferson, Fed. Bar. No. 27668
Miles & Stockbridge P.C.
100 Light Street, FL 10
Baltimore, MD 21202
Phone: (410) 385-3405
Email: bktrustee@milesstockbridge.com

*Chapter 7 Trustee*

114693\000047\4855-4205-8670.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2025, an electronic copy of the foregoing Notice was served electronically by the Court's CM/ECF system on the following:

- **Kristen S. Eustis:** Kristen.S.Eustis@usdoj.gov
- **Michael T. Freeman:** michael.t.freeman@usdoj.gov
- **Andrew W Gray:** attorneyandrewgray@yahoo.com
- **James C Olson:** jolson@jamesolsonattorney.com
- **Maurice Belmont VerStandig:** mac@mbvesq.com

/s/ *Patricia B. Jefferson*
Patricia B. Jefferson

## CERTIFICATE OF SERVICE

2