**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | * | |
| **HP BENNETT, LLC** | * | Case No. 22-00106-elg<br>(Chapter 7) |
| Debtor. | * | |

* * * * * * * * * * * * *

**TRUSTEE'S REPORT OF SALE**

Patricia B. Jefferson, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of HP Bennett, LLC (the "Debtor"), pursuant to Bankruptcy Rule 6004(f)(1), respectfully submits the following Report of Sale:

1. <u>TYPE OF SALE</u>

    Private sale.

2. <u>PROPERTY SOLD</u>

    Real property known as 906 Bennett Place, Baltimore, MD.

3. <u>PURCHASER(S)</u>

    Hutchinson Holdings, LLC

4. <u>DATE OF SALE</u>

    February 13, 2024.

5. <u>BANKRUPTCY COURT AUTHORIZATION OF SALE</u>

    On December 5, 2023, the Trustee filed a Motion to Approve Settlement with Hutchinson Holdings and to Approve Sale of Property of the Estate Free and Clear of Liens, Claims and Interests (the "Motion to Sell"). The Motion to Sell was granted and entered by the Court on January 9, 2024.

6. <u>GROSS SALE PROCEEDS</u>

$67,500.00.

7. REALTOR'S COMMISSIONS AND ADMINISTRATIVE FEE

A realtors commission of $3,675 was paid to Berkshire Hathaway Homeservices. The Trustee further paid an administrative cost of $360 to have the locks on the property changed in connection with closing.

8. PAYMENTS TO SECURED CREDITORS

Hutchinson Holdings, LLC: $45,000.

9. DEBTOR(S)' CLAIM OF EXEMPTION

Not applicable.

10. LOCATION AND CUSTODY OF NET SALE PROCEEDS

The net sale proceeds of $18,465 are held by the Trustee in a non-interest bearing account at TriState Capital bank.

11. THE SETTLEMENT STATEMENT.

The Settlement Statement is attached hereto.

DATED: August 19, 2025            Respectfully submitted,

/s/ Patricia B. Jefferson
Patricia B. Jefferson, #27668
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Phone: (410) 385-3405
Email: bktrustee@milesstockbridge.com

*Chapter 7 Trustee*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2025, a copy of the foregoing Report of Sale will be served electronically by the Court's CM/ECF system upon:

- **Kristen S. Eustis:** Kristen.S.Eustis@usdoj.gov
- **Michael T. Freeman:** michael.t.freeman@usdoj.gov
- **Andrew W Gray:** attorneyandrewgray@yahoo.com
- **James C Olson:** jolson@jamesolsonattorney.com
- **Maurice Belmont VerStandig:** mac@mbvesq.com

/s/ *Patricia B. Jefferson*
Patricia B. Jefferson

114693\000038\4937-6918-6656.v1

Settlement Statement

# KING TITLE COMPANY, INC

ALTA ID - 1089144, Maryland State License - 2882
25 Hooks Lane, Suite 316, Baltimore, MD 21208
(410) 486-KING (5464), (410) 486-5605 (FAX), www.kingtitle.com, Email: info@kingtitle.com

| File Number | 29019 |
|---|---|
| Buyer Name | Hutchinson Holdings LLC |
| Seller Name | Patricia B. Jefferson, Chapter 7 Trustee for the Bankrupt Estate of HP Bennett, LLC DC Case No. 22-00106-ELG |
| Lender | |
| Property Address | 906 Bennett Place, Baltimore City, MD 21223 |
| Settlement Date | February 13, 2024 |

| **Buyer/Borrower Charges** | | | **Seller Credits** | | |
|---|---|---|---|---|---|
| 101 | Sales price | 67,500.00 | 401 | Sales price | 67,500.00 |
| 102 | Settlement charges from page 2 | 5,210.32 | 402 | | |
| 103 | Property tax   7/1/23   to   6/30/24 | 984.35 | 403 | Property tax   7/1/23   to   6/30/24 | |
| 104 | Property tax   7/1/22   to   6/30/23 | 1,145.69 | 404 | Property tax   7/1/22   to   6/30/23 | |
| 105 | Property tax   7/1/21   to   6/30/22 | 1,268.80 | 405 | Property tax   7/1/21   to   6/30/22 | |
| 106 | Property tax   7/1/20   to   6/30/21 | 1,359.95 | 406 | | |
| 107 | Property tax   7/1/19   to   6/30/20 | 1,536.95 | 407 | | |
| 108 | Water/City Bill Escrow | 900.00 | 408 | | |
| 109 | Water thru 6/27/21 | 1,104.08 | 409 | | |
| 120 | Subtotal Charges | 81,010.14 | 410 | Subtotal Credits | 67,500.00 |

| **Buyer/Borrower Credits** | | | **Seller Charges** | | |
|---|---|---|---|---|---|
| 201 | Deposit held by seller | | 501 | Deposit held by seller | |
| 202 | Principal amount of new loan | | 502 | Settlement charges from page 2 | |
| 203 | Deposit held by realtor | | 503 | Payoff mortgage | |
| 204 | Deposit held by title | | 504 | Payoff mortgage | |
| 205 | | | 505 | Express payoff/proceeds | |
| 206 | | | 506 | | |
| 207 | Secured Claim | 45,000.00 | 507 | Secured Claim | 45,000.00 |
| 208 | Property tax   to | | 508 | Property tax   to | |
| 209 | Ground rent   to | | 509 | Ground rent   to | |
| 210 | Condo/HOA   to | | 510 | Condo/HOA   to | |
| 211 | | | 511 | | |
| 212 | | | 512 | Last Read Date | |
| 213 | to | | 513 | Water Due   to | |
| 214 | Water   to | | 514 | Water   to | |
| 215 | to | | 515 | Water/City Bill Escrow | |
| 216 | | | 516 | | |
| 217 | | | 517 | | |
| 218 | | | 518 | | |
| 220 | Subtotal Credits | 45,000.00 | 520 | Subtotal Charges | 45,000.00 |
| | | | 521 | Maryland Withholding Tax   0.00% | |
| 303 | Amount Due   From   Buyer | 36,010.14 | **603** | Amount Due   To   Seller | 22,500.00 |

| SETTLEMENT CHARGES | | | Buyer Charge | Seller Charge |
|---|---|---|---|---|
| 700 | Real Estate Broker fee | Company Name | | |
| 701 | Commission | to: | | |
| 702 | Commission | to: | | |
| 703 | Commission | to: | | |
| 704 | Commission | to: | | |
| 800 | Items Payable in Connection with Loan | | | |
| 801 | Origination charge | to: | | |
| 802 | Construction funds | to: | | |
| 803 | Appraisal fee | to: | | |
| 804 | Credit report | to: | | |
| 805 | Document preparation | to: | | |
| 806 | Flood certification | to: | | |
| 807 | Lender inspection | to: | | |
| 808 | Tax service | to: | | |
| 809 | Underwriting Fee | to: | | |
| 810 | | | | |
| 900 | Items Required by Lender to Be Paid in Advance | | | |
| 901 | Daily interest charge frm | to: @ | | |
| 902 | Mortgage insurance premium | to: | | |
| 903 | Haz insurance | to: | | |
| 1000 | Reserves Deposited with Lender | | | |
| 1001 | Initial deposit for your escrow account | | | |
| 1002 | Hazard insurance | months @ per month | | |
| 1003 | Mortgage insurance | months @ per month | | |
| 1004 | Property taxes | months @ per month | | |
| 1005 | Ground rent | months @ per month | | |
| 1006 | Aggregate Adjustment | | | |
| 1100 | Title Charges | | | |
| 1101 | Title - Services | to: King Title Company, Inc. | | |
| 1102 | Title - Closing Fee/Settlement | to: King Title Company, Inc. | 265.00 | |
| 1103 | Title - Examination | to: King Title Company, Inc. | 495.00 | |
| 1104 | Title - Binder | to: King Title Company, Inc. | 50.00 | |
| 1105 | Title - Document Preparation | to: King Title Company, Inc. | 295.00 | |
| 1106 | Title - Insurance | to: Stewart Title Insurance/King Title | | |
| 1107 | Lender's title policy limit | $0.00 | | |
| 1108 | Owner's title policy limit | $67,500.00 | 350.20 | |
| 1109 | Title - Insured Closing Letter | to: Title Insurance Company | | |
| 1110 | Title - Procure Payoff/Release | to: King Title Company, Inc. | | |
| 1111 | Title - Search/Judgment | to: King Title Company, Inc. | 395.00 | |
| 1112 | Title - Recording Service/Courier | to: King Title Company, Inc. | 100.00 | |
| 1200 | Government Recording and Transfer Charges | | | |
| 1201 | Deed 115    Mortg    Release    POA | | 115.00 | |
| 1202 | Recordation tax | | 675.00 | |
| 1203 | State transfer tax | | 337.50 | |
| 1204 | City/County transfer tax | | 1,012.50 | |
| 1205 | City Lien Certificate Reimbursement to King Title Company, Inc. | | 55.00 | |
| 1300 | Additional Settlement Charges | | | |
| 1301 | Misc 8844789 | to: Director of Finance | 323.10 | |
| 1302 | Misc 9005737 | Director of Finance | 304.20 | |
| 1303 | Misc 9311218 | to: Director of Finance | 437.82 | |
| 1304 | | to: | | |
| 1305 | | | | |
| 1400 | Total Charges | | 5,210.32 | |

**Substitute Form 1099 Seller Statement And Instructions** - The information contained in the within document is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).

**Release/Authorization** - All parties authorize the release of a copy of this document or any Closing Disclosure to anyone with any interest in the property including but not limited to Condominium/Homeowners Associations or their agents, court clerks, ground rent owners, buyers, sellers, Realtors, attorneys, lenders. We have been informed of the provisions of RP 7-106(b) of the Annotated Code of Maryland which will waive the requirement of providing evidence of a recorded release so long as the funds are disbursed within 5 days of settlement.

**Homestead Property Tax Credit**: (RP 9-105f) - If you plan to live in this home as your principal residence, you may qualify for the homestead property tax credit. The homestead property tax credit may significantly reduce the amount of property taxes you owe. For more information, see: https://dat.maryland.gov/homestead

**Document Corrections** - The undersigned hereby agree to fully cooperate in adjusting for typographical or clerical errors in any settlement documents including but not limited to, this document, Deed, Affidavits, miscellaneous documents executed at settlement, Contracts and Addendums, and Loan Documents ("Settlement Documents") executed in conjunction with the settlement, if requested by King Title Company, Inc. The undersigned hereby appoint King Title Company, Inc. and/or any employee of King Title Company, Inc. as attorney-in-fact to correct any such errors, including but not limited to completing dates, initials and signatures in any Settlement Documents required by the Lender and/or Settlement Agent; and to sign or initial where changes are made as our attorney-in-fact may deem proper and necessary. This power of attorney shall be irrevocable and shall survive the disability of the undersigned.

**Adjustments/Misc** - Settlement is made subject to further adjustment between all parties in the event of errors in calculations. I agree to pay on demand to King Title any outstanding amounts due, including but not limited to, items representing liens and/or owed against the property, and amounts necessary to be paid in order to record the documents. All parties consent that in the event King Title is requested, required or deemed advisable by King Title, to stop payment on any check that has been issued, King Title may charge a stop payment fee of $25.00 which fee shall either be deducted from the funds from the initial check which is the subject of the stop payment or other funds. This document may be signed in counterparts.

**Electronic Signatures** - If any documents included in the transaction, including but not limited to, Deeds, Loan Documents, Settlement Statements, Affidavits, are signed electronically, I confirm, that in accordance with the Uniform Electronic Transactions Act (UETA) and the Electronic Signatures in Global and National Commerce Act, or E-Sign (the Act), and the Maryland Uniform Real Property Electronic Recording Act other applicable local or state legislation regarding Electronic Signatures and Transactions, the parties do hereby expressly authorize and agree to the use of electronic signatures as an additional method of signing and/or initialing any closing documents. The parties hereby agree that either party may electronically sign or initial, as appropriate. In the event a third-party to the transaction contemplated by this agreement requires that any documents relative to the transaction be executed with handwritten signatures, then the parties agree to timely reexecute any necessary documents as required. The undersigned certify as follows: 1. I, the undersigned, am over eighteen years of age and competent to testify. 2. I have signed the document or documents accompanying this affidavit by means of an electronic signature, which is defined in Md. Code, Real Property § 3-701(E) as an "electronic sound, symbol, or process attached to or logically associated with a document and executed or adopted with the intent to sign the document." 3. I have done so with the intent to sign the document. 4. My use of the electronic signature was not done for any illegal or fraudulent purposes. I solemnly declare under the penalties of perjury that the contents of the foregoing paper is true to the best of my knowledge, information, and belief. This section is applicable to all such electronically signed documents.

I have carefully reviewed the within Instrument and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of this document. We/I authorize King Title Company, Inc. to cause the funds to be disbursed in accordance with this statement. **WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18:U.S. Code Section 1001 and Section 1010.

_Frank Bowles_
BUYER/BORROWER SIGNATURE

_[signature]_
SELLER SIGNATURE

BUYER/BORROWER SIGNATURE
1200 S. Hanover St. Baltimore MD 21230
MAILING ADDRESS
Suite (27063)

EMAIL ADDRESS
FBJNYC@Gmail.com · 917-709-3140
PHONE NUMBER

SELLER SIGNATURE
100 Light St, 10th Fl, Baltimore MD 21202
MAILING ADDRESS
DJefferson@milesstockbridge.com
EMAIL ADDRESS
410-385-3406
PHONE NUMBER

_[signature]_                February 13, 2024
SETTLEMENT AGENT            DATE